IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF/RESPONDENT

V.                            CASE NO. 5:19-CR-50069

AARON WALTON                                                          DEFENDANT/PETITIONER

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 55) filed in this case on March 31, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Motion Under 28 U.S.C. § 2255 (Doc. 55) is **DENIED** and **DISMISSED WITH PREJUDICE**. Further, a request for a certificate of appealability should not issue for the reasons discussed in the Report and Recommendation, and if such request is made, it will be denied.

**IT IS SO ORDERED** on this 19th day of April, 2023.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE