## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                           CASE NO. 5:19-CR-50069

AARON WALTON                                                         DEFENDANT

## ORDER

Now pending before the Court is the Report and Recommendation ("R&R") (Doc. 62) of United States Magistrate Judge Christy Comstock, filed on January 5, 2026. Defendant was sentenced in this Court to 151 months of imprisonment for distribution of more than 5 grams of actual methamphetamine. He appeared in federal court on a writ because he was in the primary custody of the State of Arkansas at the time. He was not returned to state custody until after he was sentenced on the federal charge. In his Motion to Correct Judgment (Doc. 58), Defendant argues that he is entitled to 210 days of jail credit for the time spent in federal custody prior to his sentencing. The Magistrate Judge suspects that Defendant has not exhausted his administrative remedies with the BOP, but even if he has, she explains that the proper procedure to obtain federal credit is to bring a petition under 28 U.S.C. § 2241 in the district where he is currently incarcerated— not the district where he was sentenced.

On February 10, 2026, Defendant filed an Objection (Doc. 65) to the R&R, which triggered this Court's *de novo* review of the record. Defendant asserts in his Objection that his federal prosecution effectively caused him "to lose Arkansas credits, and thus spend roughly an extra year in jail." *Id.* at p. 4. He believes this Court should have made "an adjustment for the fact that Walton's federal charges had the direct effect of extending

1

his total time in prison by 210 days." *Id.* at p. 5. He also attaches proof of the fact that he exhausted his administrative remedies with the BOP. *See* Doc. 65-1. However, he fails to address the R&R's finding that his request for credit should have been filed under § 2241 in the venue where he is incarcerated, the Southern District of Mississippi. The R&R is correct; the Court lacks jurisdiction to address the Motion, and the Objection is **OVERRULED** on that ground.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 62) is **ADOPTED**, and Defendant's Motion (Doc. 58) is **DENIED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS SO ORDERED** on this 17th day of March, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE